**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JAIRUS M. WILSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | **2:26-cv-00085-KD-C** |
| **DRAX BIOMASS and JANA ROBINSON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Plaintiff Jairus M. Wilson ("Plaintiff") proceeding without representation of counsel, filed a complaint for employment discrimination (Doc. 1) against Drax Biomass ("Drax") and Jana Robinson ("Robinson"). The action was referred to the undersigned Magistrate Judge for appropriate action pursuant to 28 U.S.C. § 636(b)(1) and S.D. Ala. Gen LR 72(a)(2)(R). The undersigned denied Plaintiff's IFP motion and required him to file the $405 statutory filing fee not later than May 21, 2026. (*See* Doc. 3). On May 13, 2026, Plaintiff paid the $405 filing fee for the complaint.

Plaintiff is responsible for serving a copy of the complaint with a summons (or waiver) on each defendant in compliance with Federal Rule of Civil Procedure 4. *See* Fed. R. Civ. P. 4(c)(1) ("The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service."). To proceed with service of the complaint, Plaintiff must provide the Clerk's Office with the correct number of copies of the complaint and a summons form for each defendant.[1] The procedure for

---

[1] This Court's summons form and waiver of service form may be accessed at
https://www.alsd.uscourts.gov/forms/allforms.

1

serving a civil complaint is explained in the Court's Pro Se Litigant Handbook, at pages 18-24, and at Rule 4 of the Federal Rules of Civil Procedure.[2]

Plaintiff must accomplish service of process within 90 days after filing the complaint, unless extended by court order, or this case may be dismissed. Rule 4(m), which governs the timeliness of service, further provides:

> If a defendant is not served within 90 days after the complaint is filed, the court-on motion or on its own after notice to the plaintiff-must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

FED. R. CIV. P. 4(m).

After effecting service of process, it is also Plaintiff's responsibility to file proof of service with the Court.

Plaintiff is advised that *pro se* litigants are "bound by, and must comply with, all Local Rules of this Court" as well as the applicable federal rules of procedure, "unless excused by Court order." S.D. Ala. GenLR 83.5(a). *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[O]nce a pro se litigant is in court, he is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure. These rules provide for sanctions for misconduct and for failure to comply with court orders.").

Accordingly, Plaintiff is **ORDERED** to serve the complaint in compliance with Fed. R. Civ. P. 4 on the defendants and provide proof of service within 90 days of this Order, and not later

---

[2] This Court's Pro Se Litigant's Handbook may be accessed at https://www.alsd.uscourts.gov/sites/alsd/files/pslg.pdf. The Local Rules for the United States District Court for the Southern District of Alabama may be found on the Court's website at https://www.alsd.uscourts.gov/sites/alsd/files/local-rules.pdf. The Federal Rules of Civil Procedure may be found on the United States Courts' website at https://www.uscourts.gov/forms-rules/current-rules-practice-procedure/federal-rules-civil-procedure.

than **August 12, 2026**. Plaintiff is cautioned that failure to comply with this order within the prescribed time or to advise the Court of a change in address may result in the dismissal of this action without prejudice *sua sponte* for failure to prosecute and comply with the Court's Order.

The Clerk is **DIRECTED** to send (1) a copy of this Order, and (2) a copy of this Court's Pro Se Litigant Handbook to Plaintiff at the address on record.

**DONE** and **ORDERED** this 14th day of May, 2026.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**

3